No. 132. E. R. FAIN *v.* COMMISSIONER OF INTERNAL REVENUE;
No. 133. MRS. E. R. FAIN *v.* SAME;
No. 134. CHAS. P. MCGAHA *v.* SAME;
No. 135. MRS. CHAS. P. MCGAHA *v.* SAME; and

No. 136. L. D. FAIN *v.* SAME. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John B. King* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius A. Buck* for respondent.